### 77. BEELAND v. STANDARD BRICK COMPANY.

POWELL, J. The evidence was not entirely free from material conflict; hence the direction of a verdict was error.     *Judgment reversed.*

Complaint, from city court of Macon—Judge Hodges.     July 14, 1906.

Argued February 7,—Decided February 13, 1907.

*N. E. & W. A. Harris,* for plaintiff in error.

*Nottingham & Cabaniss,* contra.